UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOINT STOCK COMPANY "AEROFLOT - RUSSIAN AIRLINES,"<br><br>Plaintiff,<br><br>vs.<br><br>RIVIERA TRAVEL & TOURS, INC., A California corporation; CAREN TUMANIAN, an individual; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. CV11-8362 JHN (AJWx)<br><br>**PROTECTIVE ORDER REGARDING PROTECTION OF CONFIDENTIAL DOCUMENTS AND INFORMATION** |

Based upon stipulation of the parties, and good cause appearing, documents and information deemed "Confidential" by the parties shall be treated as such, and in accordance with the terms of the Stipulation and Protective Order Regarding Protection of Confidential Documents and Information on file herein.

**IT IS SO ORDERED.**

Dated: April 4, 2012

_____
Honorable Andrew J. Wistrich
United States Magistrate Judge

---

[PROPOSED] PROTECTIVE ORDER REGARDING PROTECTION OF CONFIDENTIAL DOCUMENTS AND INFORMATION
CASE NO.: CV11-8362 JHN (AJWx)

LAOFFICE 22223V.1